IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN ILLINOIS
EASTERN

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| WASHINGTON, LEOLA CONELLA | ) | CASE NO. 05-48312-ABG |
| | ) | |
| Debtor(s) | ) | Hon. A. BENJAMIN GOLDGAR |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court
         219 South Dearborn Street, Courtroom 613
         Chicago, IL 60604

   On: **May 18, 2009**       Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                       $19,640.30
   Disbursements                                      $439.38
   Net Cash Available for Distribution            $19,200.92

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Andrew J. Maxwell, Trustee | $0.00 | $2,714.03 | $0.00 |
| MAXWELL LAW GROUP, LLC, Attorney for Trustee | $0.00 | $18,757.50 | $292.38 |
| CLERK OF BK COURT, Clerk of the Court Costs | $0.00 | $0.00 | $250.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none
6. Allowed secured claims are: none
7. Allowed priority claims are: none
8. Claims of general unsecured creditors totaling $44,942.40 have been allowed. After the *pro rata* payment of administrative claims, there will be no funds available to pay general unsecured claimants. Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | CHASE BANK USA, N.A. | $371.60 | $0.00 |
| 000002 | CHASE BANK USA, N.A. | $20,604.43 | $0.00 |
| 000003 | CHASE BANK USA, N.A. | $10,610.60 | $0.00 |
| 000004 | RECOVERY MANAGEMENT SYSTEMS CORPORA | $841.16 | $0.00 |
| 000005 | SUPERIOR AIR GROUND | $915.00 | $0.00 |
| 000006 | CITIBANK (USA).N.A. | $2,889.53 | $0.00 |
| 000007 | MBNA AMERICA BANK N A | $8,710.08 | $0.00 |

9. After payment of administrative fees, priority and general unsecured claims there will be a surplus payment made to the debtor in the amount of $0.00.
10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
12. Debtor has been discharged.
13. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

   Name of Property

HOUSEHOLD GOODS $6,300.00

Dated: **April 17, 2009**                                           For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:         Andrew J. Maxwell
Address:        105 W. Adams
                Suite 3200
                Chicago, IL  60603
Phone No.:      (312) 368-1138

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Apr 17, 2009
Case: 05-48312                 Form ID: pdf002              Total Served: 34

The following entities were served by first class mail on Apr 19, 2009.
db          +Leola Conella Washington,    7230 South Paxton Avenue,    Chicago, IL 60649-2520
aty         +Andrew J Maxwell, ESQ,    Maxwell Law Group, LLC,    105 West Adams Street  Ste 3200,
              Chicago, IL 60603-6209
aty         +Jaclyn H. Smith,    Maxwell Law Group, LLC,    105 W. Adams Street,    Suite 3200,
              Chicago, IL 60603-6209
aty         +Lorenzo Davis,    1940 E 87th St,    Suite #7,    Chicago, IL 60617-2938
aty         +Steven S. Potts,    Maxwell & Potts, LLC,    105 W. Adams St.,    Suite 3200,
              Chicago, IL 60603-6209
aty         +Vikram R Barad,    Maxwell Law Group, LLC,    105 W. Adams Street, Suite 3200,
              Chicago, IL 60603-6209
tr          +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
              Chicago, IL 60603-6209
10131006    +Aurora Chicago,    Lakeshore Hospital,    Designed Receivable Solutions Inc,
              1 Centerponte Dr Suite 450,    La Palma, CA 90623-1089
10131007    +Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
10131008    +Chase,    Cardmember Service,    PO Box 94014,    Palatine, IL 60094-4014
10671343    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10131009    +Citi Cards,    PO Box 688916,    Des Moines, IA 50368-8916
10747748    +Citibank (USA).N.A.,    P O Box 182149,    Columbus, OH 43218-2149
10131005    +Citifinancial,    PO Box 6931,    The Lakes, NV 88901-6931
10131010    +Credit Union 1,    Visa,    PO Box 77044,    Madison, WI 53707-1044
10131022    +Dixon F Spivy MD,    1011 W Wellington Ave,    Chicago, IL 60657-4325
10131013    +Dr John R Killough,    506 W Lincoln Ave,    Charleston, IL 61920-2453
10131011    +Effingham City-County,    Ambulance AAS Inc,    PO Box 6066,    Effingham, IL 62401-6066
10131012    +Heartland Himan Services,    1200 N Fourth,    PO Box 1047,    Effingham, IL 62401-1047
10131014    +Lakeland Radiologists,    PO Box 770,    Charleston, IL 61920-0770
10131016    +MBNA,    PO Box 15137,    Wilmington, DE 19886-5137
10775826    +MBNA America Bank N A,    Mailstop DE5-014-02-03,    Pob 15168,    Wilmington, DE 19850-5168
10131015    +Marshall Fields,    C/O Dayton Hudson Corp,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
10131017    +Midwest Diagnostic Pathology SC,    75 Remittance Dr Suite 3070,    Chicago, IL 60675-3070
10131019    +Sarah Bush Lincoln,    Health System,    1000 Health Center Dr,    PO Box 372,
              Mattoon, IL 61938-0372
10131020    +Sarah Bush Lincoln,    Physician Billing,    PO Box 796,    Mattoon, IL 61938-0796
10131021    +Sears Card,    PO Box 182149,    Columbus, OH 43218-2149
10131023    +Suburban Emergency Physicians,    PO Box 2729,    Carol Stream, IL 60132-0001
10131024    +Superior Air Ground,    Ambulance Service,    PO Box 1407,    Elmhurst, IL 60126-8407
10131025    +Wells Fargo Financial,    National Bank,    PO Box 98796,    Las Vegas, NV 89193-8796

The following entities were served by electronic transmission on Apr 18, 2009.
12407658     +E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:46     Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12390478      E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:45
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
10684141     +E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:47
              Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10131018     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2009 04:30:26     Sam's Club,    PO Box 530942,
              Atlanta, GA 30353-0942
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Maxwell & Potts, LLC
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**                **Signature:** *Joseph Speetjens*