UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §    Case No. 05-48312
WASHINGTON, LEOLA CONELLA                 §
                                          §
          Debtor(s)                       §
                                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

    ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citifinancial<br>P.O. Box 6931<br>Tha Lakes, NV 88901-6931 | | | | | |
| **TOTAL SECURED CLAIMS** | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLERK OF BK COURT | | | | | |
| PATRICK FLOYD | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Aurora Chicago Lakeshore Hospital Designed Receivable Solutions Inc., 1 Centerponte Drive, # 150 La Palma, CA 90623 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citi Cards<br><br>P.O. Box 688916<br>Des Moines, IA 50368 | | | | | |
| Credit Union 1 Visa<br>P.O. Box 77044<br>Madison, WI 53707-1044 | | | | | |
| Dixon F. Spivy MD<br>1011 West Wellington Ave.,<br>Chicago, IL 60657-4325 | | | | | |
| Dr. John R. Killough<br>506 West Lincoln Ave.,<br>Charleston, IL 61920 | | | | | |
| Effingham Citi-County Ambulance,<br>A.A.S. Inc.,<br>P.O. Box 6066<br>Effingham, IL 62401-6066 | | | | | |
| Effingham Citi-County Ambulance,<br>A.A.S. Inc.,<br>P.O. Box 6066<br>Effingham, IL 62401-6066 | | | | | |
| Heartland Himan Services<br>1200 North Fourth<br>P.O. Box 1047<br>Effingham, IL 62401 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lakeland Radiologists<br>P.O. Box 770<br>Charleston, IL 61920 | | | | | |
| Marshall Fields<br>111 Boulder Industrial Drive<br>Bridgeton, MO 63044 | | | | | |
| MidWest Diagnostic Pathology SC<br>75 Remittance Drive # 3070<br>Chicago. IL 60675-3070 | | | | | |
| Sarah Bush Lincoln Health System<br>1000 Health club Drive<br>P.O. Box 372<br>Mattoon, IL 61938-0796 | | | | | |
| Sarah Bush Lincoln Physician Billing<br>P.O. Box 796<br>Mattoon, IL 61938-0796 | | | | | |
| Suburban emergency Physicians<br>P.O. Box 2729<br>Carol Stream, IL, 60132-0001 | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CITIBANK (USA).N.A. | | | | | |
| MBNA AMERICA BANK N A | | | | | |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| SUPERIOR AIR GROUND | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

Case 05-48312 Doc 59 Filed 06/30/09 Entered 06/30/09 13:53:10 Desc Main
Document Page 9 of 15

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 05-48312 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | WASHINGTON, LEOLA CONELLA | Date Filed (f) or Converted (c): | 10/11/05 (f) |
| | | 341(a) Meeting Date: | 12/12/05 |
| For Period Ending: 06/30/09 | | Claims Bar Date: | 06/15/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCT | 2,000.00 | Unknown | | 3,101.69 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. HOUSEHOLD GOODS | 6,300.00 | Unknown | DA | 0.00 | FA |
| 3. READING BOOKS | 125.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. IRA | 250.00 | 0.00 | | 0.00 | FA |
| PRIMERICA | | | | | |
| Debtor Claimed Exemption | | | | | |
| 6. 1999 MERCEDES BENZ | 1,200.00 | Unknown | | 10,330.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 209.50 | Unknown |
| 8. REAL ESTATE (u) | 0.00 | Unknown | | 6,000.00 | FA |
| MISSISSIPPI TRANSFER | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $10,175.00 | $0.00 | | $19,641.19 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DISTRIBUTION MADE 5-20-09

FINAL REPORT TO USTR 3-27-09 / FILED W/CLERK

HEARING 5/15/09

SETTLEMENT RE MS RE RECENTLY REACHED

LFORM1

UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

Ver: 14.31a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 05-48312    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | WASHINGTON, LEOLA CONELLA | Date Filed (f) or Converted (c): | 10/11/05 (f) |
| | | 341(a) Meeting Date: | 12/12/05 |
| | | Claims Bar Date: | 06/15/06 |

Initial Projected Date of Final Report (TFR): 06/30/07     Current Projected Date of Final Report (TFR): 12/31/09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-48312 -ABG | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WASHINGTON, LEOLA CONELLA | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758813009  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4143 | | | |
| For Period Ending: | 06/30/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/06 | 1 | LEOLA WASHINGTON | RCPTS - LIQUID. OF PERSONAL PROP. | 1121-000 | 3,101.69 | | 3,101.69 |
| 06/30/06 | 6 | LEOLA WASHINGTON | RCPTS - LIQUID. OF PERSONAL PROP. | 1121-000 | 6,600.00 | | 9,701.69 |
| 07/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 6.89 | | 9,708.58 |
| 08/18/06 | 6 | LEOLA WASHINGTON | RCPTS - LIQUID. OF PERSONAL PROP. | 1121-000 | 3,730.00 | | 13,438.58 |
| 08/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 9.16 | | 13,447.74 |
| 09/29/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.04 | | 13,458.78 |
| 10/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.44 | | 13,470.22 |
| 11/30/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.07 | | 13,481.29 |
| 12/29/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.44 | | 13,492.73 |
| 01/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.47 | | 13,504.20 |
| 02/05/07 | 000101 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 9.61 | 13,494.59 |
| | | SUITE 500 | BOND# 016026455 | | | | |
| | | 203 CARONDELET ST. | | | | | |
| | | NEW ORLEANS LA 70130 | | | | | |
| 02/28/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.36 | | 13,504.95 |
| 03/30/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.46 | | 13,516.41 |
| 04/30/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.12 | | 13,527.53 |
| 05/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.49 | | 13,539.02 |
| 06/29/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.13 | | 13,550.15 |
| 07/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.51 | | 13,561.66 |
| 08/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.52 | | 13,573.18 |
| 09/28/07 | 7 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 8.64 | | 13,581.82 |
| 10/31/07 | 7 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 8.66 | | 13,590.48 |
| 11/30/07 | 7 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 7.26 | | 13,597.74 |
| 12/31/07 | 7 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 6.50 | | 13,604.24 |
| 01/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 5.39 | | 13,609.63 |
| 02/29/08 | 7 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 3.24 | | 13,612.87 |
| 03/27/08 | 000102 | INTERNATIONAL SURETIES, LTD. | BOND# 016026455 | 2300-000 | | 11.92 | 13,600.95 |

Page Subtotals     13,622.48     21.53

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-48312 -ABG | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WASHINGTON, LEOLA CONELLA | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758813009 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4143 | | | |
| For Period Ending: | 06/30/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 3.22 | | 13,604.17 |
| 04/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 2.79 | | 13,606.96 |
| 05/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.72 | | 13,608.68 |
| 06/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.68 | | 13,610.36 |
| 07/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.73 | | 13,612.09 |
| 08/29/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.73 | | 13,613.82 |
| 09/10/08 | 000103 | PATRICK FLOYD | INV# CASTON 8071 | 2990-000 | | 400.00 | 13,213.82 |
| | | APPRAISAL & MAMANGEMENT SERVICE | APPRAISAL OF 1145 ALTA VISTA BLVD, | | | | |
| | | 1139 OLD FANNIN ROAD, STE G | JACKSON, MS | | | | |
| | | BRANDON, MS 39047 | | | | | |
| 09/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.65 | | 13,215.47 |
| 10/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.28 | | 13,216.75 |
| 11/28/08 | 7 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.08 | | 13,217.83 |
| 12/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.67 | | 13,218.50 |
| 01/21/09 | 8 | GERALDINE W. CASTON | RCPTS - LIQUID. OF REAL PROPERTY | 1110-000 | 6,000.00 | | 19,218.50 |
| 01/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 19,218.62 |
| 02/09/09 | 000104 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 17.85 | 19,200.77 |
| | | ONE SHELL SQUARE | BOND # 016026455 | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/27/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,200.92 |
| 03/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,201.09 |
| 04/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 19,201.51 |
| 05/20/09 | 7 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.30 | | 19,201.81 |

Page Subtotals      6,018.71      417.85

Ver: 14.31a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-48312 -ABG | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | WASHINGTON, LEOLA CONELLA | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | 3758813009 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4143 |  |  |
| For Period Ending: | 06/30/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/20/09 |  | Transfer to Acct #4429208421 | Final Posting Transfer | 9999-000 |  | 19,201.81 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 19,641.19 | 19,641.19 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 19,201.81 |  |
| Subtotal | 19,641.19 | 439.38 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 19,641.19 | 439.38 |  |

Page Subtotals     0.00     19,201.81

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-48312 -ABG | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | WASHINGTON, LEOLA CONELLA | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208421 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4143 | | |
| For Period Ending: | 06/30/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/20/09 | | Transfer from Acct #3758813009 | Transfer In From MMA Account | 9999-000 | 19,201.81 | | 19,201.81 |
| 05/20/09 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Trustee Compensation | 2100-000 | | 2,367.34 | 16,834.47 |
| 05/20/09 | 001002 | CLERK OF BK COURT | Clerk of the Courts Costs (includes | 2700-000 | | 218.06 | 16,616.41 |
| 05/20/09 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 16,361.38 | 255.03 |
| 05/20/09 | 001004 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Expenses (Trus | 3120-000 | | 255.03 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 19,201.81 | 19,201.81 | 0.00 |
| Less: Bank Transfers/CD's | 19,201.81 | 0.00 | |
| Subtotal | 0.00 | 19,201.81 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 19,201.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - 3758813009 | 19,641.19 | 439.38 | 0.00 |
| Checking Account (Non-Interest Earn - 4429208421 | 0.00 | 19,201.81 | 0.00 |
| | 19,641.19 | 19,641.19 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     19,201.81     19,201.81

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 14)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-48312 -ABG | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | WASHINGTON, LEOLA CONELLA | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208421 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4143 | | |
| For Period Ending: | 06/30/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - 3758813009

Checking Account (Non-Interest Earn - 4429208421

Page Subtotals 0.00 0.00

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 15)*